**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Bruce S. Alpert, County Counsel
OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive
Oroville, CA 95965
Tel:   (530) 538-7621
Fax:   (530) 538-6891

Attorneys for Defendant COUNTY OF BUTTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY K. BARKER, JASON CHRISTOPHER BARKER,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, JARED DOLAN, DOUGLAS H. SHULMAN, J. RUSSELL GEORGE, MARIA E. MARTINEZ, COLLEEN ROWE, MATTHEW C. BROCKMAN, JOSEPH J. WISEMAN, JAMES RALPH GREINER, STATE OF CALIFORNIA, COUNTY OF BUTTE, CITY OF CHICO, KIRK TROSTLER, and CHICO POLICE OFFICER #1,<br><br>Defendants.<br>_____ / | CASE NO. 2:13-cv-01517-CBM<br><br>[~~PROPOSED~~] ORDER RE: COUNTY OF BUTTE'S INITIAL EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT |

///

///

///

Having reviewed Defendant COUNTY OF BUTTE's Ex Parte Application for an Order Extending Time to Respond to the Verified Complaint of Plaintiffs RANDY BARKER and JASON BARKER and the accompanying Declaration of Terence J. Cassidy, Esq., and good cause appearing, IT IS HEREBY ORDERED THAT:

Defendant COUNTY OF BUTTE's Ex Parte Application to Extend Time to Respond to the Verified Complaint of Plaintiffs RANDY BARKER and JASON BARKER is GRANTED. Defendant COUNTY OF BUTTE will have up to and including August 27, 2013 to file a response.

**IT IS SO ORDERED.**

Dated: 8/14/2013

Consuelo B. Marshall
United States District Court Judge