**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

APPEARING IN PRO PER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY K. BARKER, et.aL., ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> et. al., ) <br> ) <br> ) <br> DEFENDANTS. ) <br> _____) | Case No. 2:13-cv-01517—CBM <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE VERIFIED COMPLAINT TO AND THROUGH AUGUST 27, 2013 |

Plaintiffs, RANDY K. BARKER AND JASON CHRISTOPHER BARKER, and Defendant, JAMES RALPH GREINER, appearing in pro per, hereby agree and stipulate pursuant to Federal Rule of Civil Procedure, Rule 6( b)(1)(A) and Local Rule 144 for an extension of time in which the defendant, JAMES RALPH GREINER, may respond to the Plaintiff's verified complaint (ECF Docket # 2) to and through August 27, 2013.

This is the first extension requested by defendant JAMES RALPH GREINER.

Defendant JAMES RALPH GREINER, spoke with plaintiff RANDY K. BARKER, by telephone at approximately 2:13 p.m. on Thursday, August 15, 2013, wherein this stipulation was discussed and agreed to, along with authorizing defendant JAMES RALPH GREINER to prepare and sign this stipulation on behalf

of the parties and to file it with the Court.

It is so agreed and stipulated to.

DATED: AUGUST 15, 2013                RESPECTFULLY SUBMITTED

/s/ RANDY K. BARKER
/s/ JASON CHRISTOPHER BARKER
_____
PLAINTIFFS
Randy K. Barker
Jason Christopher Barker

DATED: August 15, 2013                LAW OFFICES OF JAMES R. GREINER

/S/ JAMES R. GREINER
_____
JAMES R. GREINER
Appearing in Pro Per

ORDER

**FOR GOOD CAUSE SHOWN**,

**IT IS SO ORDERED**.

DATED: AUGUST 15, 2013

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES
DISTRICT JUDGE