**WISEMAN LAW GROUP, P.C.**
**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**JACQUELYN E. LARSON, ESQ., CSBN 264712**
**1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:** 530.759.0700
  **Facsimile:** 530.759.0800

**Attorneys for Defendant**
**JOSEPH J. WISEMAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RANDY K. BARKER, JASON CHRISTOPHER BARKER,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE, JARED DOLAN, DOUGLAS H. SHULMAN, J. RUSSELL GEORGE, MARIA E. MARTINEZ, COLLEEN ROWE, MATTHEW C. BOCKMAN, JOSEPH J. WISEMAN, JAMES RALPH GREINER, STATE OF CALIFORNIA, COUNTY OF BUTTE, CITY OF CHICO, KIRK TROSTLER, and CHICO POLICE OFFICER #1,<br><br>Defendants. | Case No. 2:13−CV−01517−CBM<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Having reviewed Defendant JOSEPH J. WISEMAN's *Ex Parte* Application for an Order Extending Time to Respond to the Verified Complaint of Plaintiffs RANDY K. BARKER and JASON CHRISTOPHER BARKER, and the accompanying Declaration of Joseph J. Wiseman, Esq., and good cause appearing,

1  IT IS HEREBY ORDERED THAT Defendant JOSEPH J. WISEMAN's *Ex Parte*
2  Application to Extend Time to Respond to the Verified Complaint of Plaintiffs
3  RANDY K. BARKER and JASON CHRISTOPHER BARKER is GRANTED.
4      Accordingly, Defendant JOSEPH J. WISEMAN will have up to and
5  including September 3, 2013 to file a response to the complaint.

**IT IS SO ORDERED.**

Dated: August 19, 2013

                        Consuelo B. Marshall
                        United States District Judge