UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-1517-CBM (Eastern District Case) | Date | SEPTEMBER 17, 2013 |
|---|---|---|---|
| Title | RANDY K. BARKER, ET AL v. INTERNAL REVENUE SERVICES, ET AL | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the following motions:

Plaintiffs Objections to removal and motion to strike defendants' removal request, fld 8/27/13 **[29]** ;
Defendant IRS Motion to dismiss, fld 8/27/13 **[17]**;
Defendants Martinez, Rowe, Schulman and George Motion to dismiss, fld 8/27/13 **[18]**;
Defendant County of Butte's Motion to dismiss, fld 8/27/13 **[19]**;
Defendant James R. Greiner Motion to dismiss the verified complaint, fld 8/27/13**[20]**; and
Defendant Joseph J. Wiseman's Motion to dismiss, fld 8/30/13**[32]**

currently scheduled for September 27, 2013 and October 7, 2013, are hereby ordered continued to *November 19, 2013at 3:30 p.m.*

The parties are ordered to appear at the United States District Court, 312 N. Spring St. 2nd Floor, Courtroom No. 2, Los Angeles, CA 90012.

The parties are reminded that this case is now before the United States District Court. If a motion was pending in State Court before the case was removed, it must be re-noticed in accordance with our Local Rule 7.

All documents filed in state court, including documents appended to the complaint, answers and motions, MUST be re-filed in this Court and Defendant shall serve said documents on all other parties. Any further filings shall be filed here until this case is concluded here in District Court. All documents must be in compliance with the Federal Rules of Civil Procedure and the Local Rules of the Central District.

**IT IS SO ORDERED.**

cc: all parties