**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY K. BARKER and JASON CHRISTOPHER BARKER,<br><br>                Plaintiffs,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>                Defendants. | Case No.: 2:13-cv-01517-CBM<br><br>**ORDER RE DEFENDANTS CITY OF CHICO AND KIRK TROSTLE'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [36]** |

After considering Defendants CITY OF CHICO and KIRK TROSTLE's Ex Parte Application for an Order Extending Time to Respond and the papers submitted in support thereof, and good cause appearing

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant CITY OF CHICO and KIRK TROSTLE's Ex Parte Application to Extend Time to Respond to the Verified Complaint is GRANTED. Defendants will have up to and including **October 18, 2013** to file a response.

IT IS SO ORDERED.

Dated: September 18, 2013

_____
Consuelo B. Marshall
United States District Judge