UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 13-1517-CBM - EASTERN CASE |
| Date | NOVEMBER 18, 2013 |
| Title | RANDY K. BARKER v. INTERNAL REVENUE SERVICE, ET AL |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

The Court is in receipt of Defendants City of Chico and Chief of Police Kirk Trostle's request **[43]** to appear telephonically at the hearing on the Motions to dismiss set for November 19, 2013 at 3:30 p.m. Also, the Court is in receipt of Defendant James R. Greiner's request **[42]** to allow Joseph J. Wiseman specially appear for him at the November 19, 2013 hearing.

The Court having read and considered said requests, hereby GRANTS Defendant City of Chico and Chief of Police Kirk Trostle's request **[43]** to appear telephonically at the hearing on the Motions to dismiss set for November 19, 2013 at 3:30 p.m.   Defendant is directed to contact the Courtroom Deputy, Yolanda Skipper at (213) 894-5288, at least one day before the hearing date, and provide her with the telephone number (land lines only; no cell phones) at which the Court can reach you.   Be available at that number for at least one-half hour before the time scheduled for the hearing.

The Court further GRANTS Defendant James R. Greiner's request **[42]** to allow Joseph J. Wiseman to make a special appearance for Mr. Greiner on Tuesday, November 19, 2013, at 3:30 p.m.

IT IS SO ORDERED.

cc: all parties