UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-1517-CBM | Date | March 11, 2014 |
|---|---|---|---|

| Title | *Barker, et al. v. Internal Revenue Service, et al.* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**  IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES
**ORDER DISMISSING COMPLAINT WITH PREJUDICE**

In the Court's January 28, 2014 Order dismissing Plaintiff's Complaint, the Court gave Plaintiffs leave to file an amended complaint no later than February 27, 2014. (Docket No. 46.) As of March 11, 2014, Plaintiffs have not filed an amended complaint. Accordingly, the Court hereby dismisses Plaintiff's Complaint with prejudice. This case is now closed.

**IT IS SO ORDERED.**